```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS BEEVERS, Virgin Islands Bar # 766
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   LUCIO CAMPOS aka LUCIO FLORES-SOLIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>LUCIO CAMPOS aka LUCIO FLORES-  )<br>SOLIS,  )<br>  )<br>            Defendant.  )<br>_____ | NO. 1:08-cr-00328 OWW<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE AND<br>ORDER THEREON<br><br>Date:  January 12, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto and through their respective counsel, IAN GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and DOUGLAS J. BEEVERS, Assistant Federal Defender, counsel for defendant, LUCIO CAMPOS aka LUCIO FLORES-SOLIS, that the Status Conference scheduled for December 15, 2008 may be continued to January 12, 2009 at 9:00 a.m., or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is December 15, 2008.  The requested new date is January 12, 2009.**

A fast-track plea agreement is expected in this matter and the pre-plea presentence investigation report has been completed.  The parties need additional time to negotiate the details of the offer.

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary

for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                                           McGREGOR W. SCOTT
                                                           United States Attorney

DATED: December 10, 2008        By  /s/ Ian Garriques
                                                               IAN GARRIQUES
                                                               Assistant U.S. Attorney
                                                                Attorney for Plaintiff

                                                                DANIEL J. BRODERICK
                                                                Federal Defender

DATED: December 10, 2008        By  /s/ Douglas J. Beevers
                                                                DOUGLAS J. BEEVERS
                                                                Assistant Federal Defender
                                                                Attorney for Defendant
                                                               LUCIO CAMPOS

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   December 10, 2008**                /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE